IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADY GREEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KATHY BRITTAIN, et al. | : | NO. 23-2489 |

## **ORDER**

This 5th day of January, 2026, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED.**

2. The petition for a writ of habeas corpus is **DISMISSED** as untimely.

3. There is no basis for the issuance of a certificate of appealability.

      /s/ Gerald Austin McHugh
    United States District Judge